UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVANS TUTT,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00722-MMD-CLB<br><br>ORDER |

On June 29, 2021, Respondents filed a suggestion of death on the record. (ECF No. 15.) Respondents attached confirmation from the Nevada Department of Corrections that Petitioner Evans Tutt died on June 29, 2021. (ECF No. 15-1.) It is therefore ordered that the petition for writ of habeas corpus is dismissed without prejudice as moot.[1]

The Clerk of Court is directed to close this case.

DATED THIS 2nd Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *E.g.*, *McMann v. Richardson*, 397 U.S. 759, 760 n.1 (1970); *Stanley v. Ryan*, 716 F.3d 1272 (9th Cir. 2013).